IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALFREDO LAZO,   Case Number: 8:17-CV-705-T-33 JSS

    Plaintiff,

v.

SOUTH EAST EMPLOYEE LEASING
SERVICES, INC.,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, ALFREDO LAZO (hereinafter referred to as "Lazo"), hereby sues the Defendant, SOUTH EAST EMPLOYEE LEASING SERVICES, INC., (hereinafter referred to as "South East"), and states as follows:

### INTRODUCTION

1. This is an action against South East for overtime compensation, liquidated damages, interest, and attorney's fees and costs pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. § 201 *et seq*.

### JURISDICTION AND PARTIES

2. This Court has jurisdiction over this matter and claims under the FLSA pursuant to 28 U.S.C. § 1331.

3. Lazo, at all times material hereto resided in Hillsborough County, Florida, and was an "employee" of Defendant within the meaning of 29 U.S.C. § 203(e)(1).

1

TPA042607

4. South East is a Florida for profit corporation that conducts business in this District and is subject to the requirements of the FLSA. At all times material hereto South East was Lazo's "employer" within the meaning of 29 U.S.C. § 203(d); South East was engaged in the production of goods for commerce; South East gross annual volume of sales made or business done in an amount over $500,000.00; and South East employed two (2) or more employees who handled and worked with goods or materials that had been moved in or produced for commerce.

5. Venue in this District is proper pursuant to 28 U.S.C. § 1391, as the unlawful employment practices were committed in this District.

## FACTUAL ALLEGATIONS

6. At all material times Lazo worked for South East as a driver, driving auto parts. During the time period between March of 2015 through September of 2015, Lazo consistently worked in excess of forty (40) hours per workweek performing the driver duties he was hired to perform.

7. South East paid Lazo an hourly rate for hours worked, but Defendant refused to pay Lazo the appropriate overtime compensation rate for hours worked in excess of 40 hours per workweek, despite South East's knowledge Lazo was working in excess of 40 per workweek.

8. Lazo was not "exempt" from the overtime provisions under the FLSA, and Lazo qualifies as an employee entitled to overtime compensation for hours

worked in excess of forty (40) hours per workweek.

9. Lazo has retained the services of Barbas, Nunez, Sanders, Butler & Hovsepian, P.A. and is obligated to pay his legal counsel a reasonable fee for their services.

## COUNT I: VIOLATION OF FLSA OVERTIME REQUIREMENTS

10. Lazo realleges paragraphs 1 through 9 as if fully set forth herein.

11. South East's failure to pay Lazo appropriate overtime compensation for all hours worked in excess of forty (40) hours for each workweek constitutes a violation of 29 U.S.C.A. § 207.

12. South East's violations of the FLSA were knowing, willful, and in reckless disregard of Lazo's rights under the FLSA.

**WHEREFORE**, Lazo respectfully requests that this Court enter judgement against the Defendant and:

a. Direct Defendant to make Lazo whole by providing him with appropriate unpaid overtime compensation for all hours worked in excess of forty (40) hours per workweek;

b. Direct Defendant to pay Lazo an amount equal to the sum of his unpaid overtime as liquidated damages pursuant to 29 U.S.C. § 216(b);

c. Direct Defendant to pay Lazo interest on the unpaid overtime wages;

d. Direct Defendant to pay the reasonable costs and attorney's fees in connection with this action pursuant to 29 U.S.C. § 216(b); and

e. Grant such further relief as the Court deems necessary and proper.

## DEMAND FOR JURY TRIAL

13. Plaintiff demands a trial by jury pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and in accordance with Rule 1.06 of the Rules of the U.S. District Court for the Middle District of Florida.

Dated this 17th day of March, 2017.

_____
Steven E. Hovsepian, Esquire
Florida Bar No.: 091359
BARBAS, NUNEZ, SANDERS
 BUTLER & HOVSEPIAN
1802 W. Cleveland Street
Tampa, Florida 33606
Telephone: (813) 254-6575
Facsimile: (813) 254-4690
Attorneys for Plaintiff
shovsepian@barbaslaw.com