JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**

First Listed Plaintiff:
ALFREDO LAZO ;
**County of Residence:** Hillsborough County

**Defendant(s):**

First Listed Defendant:
SOUTH EAST EMPLOYEE LEASING SERVICES, INC. ;
**County of Residence:** Pasco County

**County Where Claim For Relief Arose:** Hillsborough County

**Plaintiff's Attorney(s):**

STEVEN E. HOVSEPIAN ESQUIRE (ALFREDO LAZO)
BARBAS NUNEZ SANDERS BUTLER & HOVSEPIAN
1802 W. CLEVELAND ST.
TAMPA, Florida 33606
**Phone:** 8132546575
**Fax:** 8132544690
**Email:** SHOVSEPIAN@BARBASLAW.COM

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 1. U.S. Government Plaintiff

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** N/A

    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 710 Fair Labor Standards Act

**Cause of Action:** This is an action against South East for overtime compensation, liquidated damages, interest, and attorney's fees and costs pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C § 201. et seq.

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):**

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** _Steven E Hovsepian_
FBN: 0091359

**Date:** 3/17/17

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.